FILED

08 JUL 22 AM 11:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2407 DMS |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| LUIS ENRIQUE SANCHEZ-GARCIA, ) | |
| Defendant. ) | |

The grand jury charges:

On or about July 6, 2008, within the Southern District of California, defendant LUIS ENRIQUE SANCHEZ-GARCIA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

CEM:em:San Diego
7/21/08

It is further alleged that defendant LUIS ENRIQUE SANCHEZ-GARCIA was removed from the United States subsequent to August 30, 2007.

DATED: July 22, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
 fo/ CALEB E. MASON
     Assistant U.S. Attorney